# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



A PROFESSIONAL CORPORATION

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER**
DONALD W. CLARKE+
**ALSO MEMBER OF PA BAR
+ ALSO MEMBER OF NY BAR

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ+
NORMAN D. KALLEN
KEITH E. MARLOWE+

EMAIL: DCLARKE@WJSLAW.COM

July 14, 2014

**VIA CHAMBERS E-MAIL**

Honorable Christine M. Gravelle, U.S.B.J.
United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher United States Courthouse
402 East State Street
Trenton, New Jersey 0860
*E-Mail: Chambers_of_cmg@njb.uscourts.gov*

> In re: **Pocmont Holdings, LLC**
> Case No.: **14-21909 (CMG)**
>
> **Pocmont Properties, LLC**
> Case No.: **14-16493 (CMG)**

Dear Judge Gravelle:

    This firm serves as local counsel to the above Debtors, Pocmont Holdings, LLC ("Holdings") and Pocmont Properties, LLC ("Properties"). The purpose of this letter is to confirm that the following matters have been ***adjourned*** from July 15, 2014 at 2:00 p.m. ***to August 5, 2014 at 10:00 a.m.***:

- Holdings' Motion for Use of Cash Collateral (*hearing on Final Order*);
- Holdings' Motion for Joint Administration of Holdings and Properties;
- Golden Bull's Motion to Appoint Trustee in Properties;
- Golden Bull's Motion for Relief from Stay in Properties;
- Golden Bull's Motion to Appoint Trustee in Holdings;
- Golden Bull's Motion for Relief from Stay in Holdings;
- Status Conference for Properties; and
- Nisan Funding, LLC's ("Nisan") Motion to Dismiss Properties' bankruptcy case.

I thank the Court for its courtesies in this matter.

>Respectfully Submitted,
>**WASSERMAN, JURISTA & STOLZ, PC**
>
>*/s/Donald W. Clarke*
>
>**DONALD W. CLARKE**

cc:   Greg T. Kupniewski, Esq. (counsel to Golden Bull)
　　　Shining J. Hsu, Esq. (counsel to U.S. Trustee Office)
　　　Fred B. Ringel, Esq. (counsel to Debtors)