| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** <br> 875 Third Avenue, 9th Floor <br> New York, New York 10022 <br> Phone: 212-603-6033 <br> Fax: 212-956-2164 <br> Counsel to Debtors <br> **FRED B. RINGEL** <br> **MICHAEL A. LEON** <br> **CLEMENT YEE** | **Hearing Date:** <br> **January 20, 2015 at 2:00 p.m.** |
| **In Re:** <br><br> **POCMONT PROPERTIES, LLC et al,** <br><br> Debtors. | Case No.: 14-16493 <br><br> Jointly Administered <br><br> Judge: Christine M. Gravelle <br><br> Chapter: 11 |

### NOTICE OF DEBTORS' MOTION FOR ENTRY OF ORDER EXTENDING EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES OF DEBTORS' JOINT PLAN OF REORGANIZATION AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE**, that on the date specified above, the undersigned, as counsel for Pocmont Properties LLC and Pocmont Holdings LLC (together, the "Debtors"), shall move before the Honorable Christine M. Gravelle, United States Bankruptcy Judge, United States Bankruptcy Court, Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, New Jersey 08608, seeking the entry of an order extending the Debtors' exclusive period to solicit acceptances for their joint plan of reorganization, and for such other relief that is just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned shall rely upon the motion filed herewith in support of the relief sought.

**PLEASE TAKE FURTHER NOTICE**, that no brief is being filed herewith since the

{00704615.DOC;1 }

Case 14-16493-CMG    Doc 166    Filed 12/05/14    Entered 12/05/14 13:13:35    Desc Main
Document      Page 2 of 2

legal basis upon which relief should be granted is set forth in the motion.

**PLEASE TAKE FURTHER NOTICE**, that oral argument is waived unless objections are filed.

**PLEASE TAKE FURTHER NOTICE**, that all objections must be in writing, filed with the Clerk of the United States Bankruptcy Court, Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, New Jersey 08608, and a copy thereof must simultaneously be served upon Robinson Brog Leinwand Genovese & Gluck P.C., Attn: Fred B. Ringel, Esq., 875 Third Avenue, New York, New York 10022 so that such objections are received no later than seven (7) days prior to the return date set forth herein above.

Dated: December 5, 2014
New York, New York

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Counsel to the Debtor
875 Third Avenue, 9th Floor
New York, NY 10022
Tel. No.: 212-603-6345

By: /s/ Fred B. Ringel
Fred B. Ringel

and

Wasserman, Jurista & Stolz, P.C.
Local Counsel to the Debtor
Milburn Avenue, Suite 207
PO Box 1029
Milburn, NJ 07041

{00704615.DOC;1 }2