|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** **875 Third Avenue, 9th Floor** **New York, New York 10022** **Phone: 212-603-6033** **Fax: 212-956-2164** **Counsel to Debtors** **FRED B. RINGEL** **MICHAEL A. LEON** **CLEMENT YEE** | |
| **In Re:** **POCMONT PROPERTIES, LLC et al,** **Debtors.** | Case No.:  14-16493  Jointly Administered  Judge:  Christine M. Gravelle  Chapter: 11 |

# ORDER EXTENDING EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES OF DEBTORS' JOINT PLAN OF REORGANIZATION AND FOR RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

{00704613.DOCX;1 }

**(Page** 2**)**

| | |
|---|---|
| Debtor: | Pocmont Properties, LLC et l |
| Case Nos.: | 14-16493 (Jointly Administered) |
| Caption of Order: | Order Extending Exclusive Right to Solicit Acceptances of Debtors' Joint Plan of Reorganization and For Related Relief |

___

**THIS MATTER**, having come before the Court upon a motion of the Pocmont Properties LLC and Pocmont Holdings LLC (together, the "Debtors"), by and through their counsel, Robinson Brog Leinwand Greene Genovese & Gluck, P.C. and their local counsel, Wasserman, Jurista & Stolz, seeking an extension of the exclusive period in which to seek acceptances for confirmation of a plan of reorganization in these cases, and the Court having reviewed the Debtors' motion and any opposition thereto and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Debtors' exclusive period in which to solicit acceptances for a plan of reorganization is hereby extended through and including April 6, 2015.

2. Entry of this order is without prejudice to the Debtors' right to seek additional extensions of its time to solicit acceptances with respect thereto.