# GORSKI & KNOWLTON PC

CAROL L. KNOWLTON †
ALLEN I. GORSKI †

COUNSELLORS AT LAW
691 STATE HIGHWAY 33
MERCERVILLE
TRENTON, NEW JERSEY 08619-4407

(609) 890-1500

FAX NO. (609) 890-6961

\* NJ AND NY BAR
† NJ AND PA BAR

OF COUNSEL
BARRY W. FROST *

December 11, 2014

Honorable Christine M. Gravelle
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey

    RE:   POCMONT PROPERTIES, LLC
           CASE NO: 14-16493-CMG

Dear Judge Gravelle:

    We are in receipt of the request by the attorney for the Debtor to adjourn the Disclosure Statement hearing. On behalf of Mordechai Fligman and Nisan Funding, LLC, we object to any adjournment and request that the Disclosure Statement be withdrawn if the Debtor is not prepared to address the objections that have been filed to date.

    Further we did email our response to Mr. Ringel that we do not consent to the adjournment of the Disclosure Statement and a copy of our email is attached.

Very truly yours,

Barry W. Frost

BWF/cla
CC:   Fred B. Ringel, Esquire (via email)
       Daniel Stolz, Esquire (via email)
       Shining Hsu, Esquire (via email)
       Nisan Funding, LLC
       Mordechai Fligman
       Greg Kupniewski, Esquire (via email)

## bfrost@teichgroh.com

**From:** bfrost@teichgroh.com
**Sent:** Thursday, December 11, 2014 12:30 PM
**To:** 'Fred B. Ringel'
**Subject:** RE: Pocmont

Dear Fred:

With regard to Mordechai Fligman and Asher Berliner, neither will consent to an adjournment of the Disclosure Statement hearing.

Since you are going to have to redo the Disclosure Statement when and if the SBA approves your Buyer, I might respectfully suggest that you withdraw the Disclosure Statement and run an auction sale of the real estate and the hotel.

I look forward to hearing from you.

Very truly yours,


*Barry W. Frost*
**Cheryl L. Acheson, Legal Assistant to Barry W. Frost, Esquire**
**Gorski & Knowlton, PC**
**691 State Highway 33**
**Trenton, New Jersey 08619**
**(609)890-1500**
**Fax (609)890-6961**

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Fred B. Ringel [mailto:fbr@robinsonbrog.com]
**Sent:** Wednesday, December 10, 2014 12:56 PM
**To:** bfrost@teichgroh.com
**Subject:** Pocmont

Barry,

I just spoke with the Small Business Administration counsel and they will need some additional time to finish the loan approval process. Therefore, I will be seeking an adjournment of the disclosure statement hearing that is scheduled for the 16th and Goldebn Bull's motion for relief from the stay. Please advise if your clients will consent to such an adjournment.

1

Thanks,

Fred

================================================================
**FRED B. RINGEL, ESQ,** | fbr@robinsonbrog.com |
Robinson Brog Leinwand Greene Genovese & Gluck P.C. |
875 Third Avenue | 9th Floor | New York, New York 10022-0123
| Direct Dial: 212-603-6301 | Main: 212-603-6300 | Fax: 212-956-2164
| **www.robinsonbrog.com**

Confidentiality Notice: The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Robinson Brog Leinwand Greene Genovese & Gluck P.C. (212) 603-6300 and purge the communication immediately without making any copy or distribution.

2